

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

# TWELFTH COURT OF APPEALS

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

November 4, 2014

Ms. Helen C. Wooten
Court Reporter
P.O. Box 990
Fairfield, TX 75840
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:            12-14-00155-CV
          Trial Court Case Number:   3-41083

**Style:**   Brenda Brewer, Deanna Meador, Penny Adams, Sabra Curry and Deborah Beane
             v.
             Lowe's Home Centers Inc.

The reporter's record in the above-referenced case was originally due to have been filed with this Court on or before July 11, 2014.  Tex. R. App. P. 35.1.  By way of extensions of time, the court has extended the due date to November 3, 2014.  Because the record has neither been filed nor received when due, the court has this day entered the following order setting the final deadline for filing the reporter's record:

"Under Tex. R. App. P. 37.3(a)(1), it is hereby **ORDERED** that Ms. Helen C. Wooten file the reporter's record in cause number 12-14-00155-CV on or before November 14, 2014.  It is **FURTHER ORDERED that failure to file the reporter's record by the final deadline ordered herein will result in the case being presented to the court for further action, which may include the initiation of contempt proceedings against you**."

If you have any questions, please contact the clerk's office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
       Katrina McClenny, Chief Deputy Clerk

CC:   Holly Harvel Williamson (DELIVERED VIA E-MAIL)
      Mr. Brendan K. McBride (DELIVERED VIA E-MAIL)
      Ms. Janice Staples (DELIVERED VIA E-MAIL)
      Deborah Oakes Evans (DELIVERED VIA E-MAIL)

FILE COPY

1517 West Front Street  •  Suite 354  •  Tyler, TX 75702  •  Tel: 903-593-8471  •  Fax: 903-593-2193

*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us